# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133556

DAVID ERICKSON,
         Plaintiff-Appellant,

v

SC: 133556
COA: 272328
Kent CC: 05-006424-NI

CONNIE MARIE EVANS,
         Defendant-Appellee,

and

CONTINENTAL TIRE NORTH AMERICA,
INC., and LADONNA EVANS,
         Defendants.
_____/

On order of the Court, the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk

d0914